## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BRUCE BAIKIE,

        Plaintiff,

   v.                                      Case No. 06-C-1319

PHOEBE A. MIX,

        Defendant.

## ORDER OF DISMISSAL

This matter came before the court for a scheduling conference on March 9, 2007. Plaintiff, after being advised by the court of the possibility that his case was without merit and could result in sanctions, agreed to dismiss his case on its merits and with prejudice. In return, counsel for the defendant stated that he would agree to dismissal without costs at this time. Plaintiff also admitted that he had recently received advice from an attorney suggesting that his lawsuit would be barred by the doctrine of judicial immunity.

Based upon the foregoing, IT IS HEREBY ORDERED that this case is dismissed on its merits with prejudice and without costs to either party.

Dated this   9th   day of March, 2007.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge